DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

BEASLEY v. INDEMNITY CO.

No. 73 PC.

Case below: 11 N.C. App. 34.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 10 June 1971.


FREIGHT CARRIERS v. TEAMSTERS LOCAL

No. 68 PC.

Case below: 11 N.C. App. 159.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.


HODGE v. FIRST ATLANTIC CORP.

No. 46 PC.

Case below: 10 N.C. App. 632.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.


KIRBY v. CONTRACTING CO.

No. 69 PC.

Case below: 11 N.C. App. 128.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.